**CROMWELL MUSIC, INC., et al.,**
**Plaintiffs-Appellees,**

**v.**

**Ruben BURGUE and Margaret Burgue,**
**Defendants-Appellants.**

**No. 29422**
**Summary Calendar.\***

United States Court of Appeals,
Fifth Circuit.

Nov. 25, 1970.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

\* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.

Jack F. White, Jr., of Furnell & White, Clearwater, Fla., for appellants.

Blackwell, Walker & Gray, Miami, Fla., for appellees; James E. Tribble, John R. Camp, Jr., Miami, Fla., I. T. Cohen, Atlanta, Ga., of counsel.

PER CURIAM:

Affirmed. See Local Rule 21.[1]